UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID T HOLLIS IMPLIED TRUST ET AL | CIVIL DOCKET NO. 1:23-CV-01820 SEC P |
| VERSUS | JUDGE EDWARDS |
| SOCIETY OF THE STATE OF LOUISIANA | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 10), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Compel Arbitration (ECF No. 1) is **DENIED,** and the case is **DISMISSED WITHOUT PREJUDICE** to filing a habeas petition after exhaustion of the claims in state court.

**THUS DONE AND SIGNED** in Chambers on the 28th day of August, 2024.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE